# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BEAU MATHEW LEDOUX

NO. 2020 KW 0688

**OCTOBER 12, 2020**

---

In Re:   Beau Mathew LeDoux, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 539793.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

　　　　**WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include a copy of the indictment, the state's answer to the application for postconviction relief, if any, the commitment order, all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application must be filed on or before December 11, 2020.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**EW**

　　　　**Theriot, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT